UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS TURNER,<br><br>            Petitioner,<br><br>     v.<br><br>RAYBON JOHNSON,<br><br>            Respondent. | Case No. 2:21-cv-00137-SPG-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's Motion to Amend the First Amended Petition, which includes his request for appointment of counsel, and Petitioner's Request for an Evidentiary Hearing [Docket Numbers 75, 76], the records on file, and the Report and Recommendation of United States Magistrate Judge ("Report").  No objections to the Report were filed.  The Court accepts the Report and adopts it as its own findings and conclusions.

Accordingly, Petitioner's Motion to Amend the First Amended Petition, which includes his request for appointment of counsel, and Petitioner's Request for an Evidentiary Hearing are denied.

DATED: March 18, 2024

SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE