**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARQUIS TURNER,<br><br>  Petitioner,<br><br>  v.<br><br>RAYBON JOHNSON,<br><br>  Respondent. | Case No. 2:21-cv-00137-SPG-PD<br><br>**ORDER (1) ACCEPTING REPORT FILED UNDER SEAL; (2) ADOPTING, FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE; AND (3) DENYING AND DISMISSING GROUND SEVEN OF FIRST AMENDED PETITION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus, the records on file, and the Report and Recommendation of United States Magistrate Judge filed under seal ("Sealed Report") recommending that Ground Seven of the First Amended Petition be denied and dismissed with prejudice. Petitioner, who is represented by counsel as to Ground Seven, did not file objections to the Sealed Report. The Court accepts the Sealed Report and adopts it as its own findings and conclusions.

//

1  Accordingly, Ground Seven of the First Amended Petition is denied and
2  dismissed with prejudice.

4  DATED:  August 13, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE