JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS TURNER,<br><br>            Petitioner,<br><br>    v.<br><br>RAYBON JOHNSON,<br><br>            Respondent. | Case No.  2:21-cv-00137-SPG-PD<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied, and this action is dismissed with prejudice.

DATED:  August 13, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE